469 A.2d 293

Neubert v. E.F. MacDonald Travel Co. et al.

Appeal of Abercrombie & Kent International Inc. and Abercrombie & Kent, Ltd.

Argued December 7, 1982. Adrian J. Gordon, for appellants; Jeffrey M. Stopford, for appellees.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Order affirmed.

SPAETH, J., concurred in the result.